**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SKYYDO MBAZANG**<br>**6650 Georgia Avenue, NW, Apt.104**<br>**Washington, D.C. 20012**<br>**Plaintiff,**<br><br>**v.**<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br>**300 7th Street, SW**<br>**Washington, DC 20024**<br><br>**Defendant/Third-Party Plaintiff**<br><br>**and**<br><br>**DEANDRE CARVEL HARLEY**<br>**343 Raleigh Street, SE**<br>**Washington, DC 20032**<br><br>**Third-Party Defendant** | **Civil Action No.: 1:25-cv-00303-CJN** |

**DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITYS THIRD-PARTY COMPLAINT**

Defendant, Washington Metropolitan Area Transit Authority ("WMATA"), files this Third-Party Complaint against Third-Party Defendant, Deandre Carvel Harley ("Harley"), and states as follows:

1. WMATA has been sued by the Plaintiff, Skyydo Mbazang, who claims injuries arising from a collision between his vehicle and another vehicle driven by Harley, which collision Plaintiff

contends was caused by a prior collision between a WMATA transit vehicle and Harley's vehicle. Plaintiff contends that the operator of the WMATA transit vehicle suddenly and without warning failed to maintain her lane and struck the vehicle operated by Harley, the impact of which caused a chain reaction in which Plaintiff's vehicle was struck by Harley's vehicle, resulting in injuries to the Plaintiff.

2. That the Defendant WMATA is being sued because the Plaintiff alleges that the Defendant WMATA was negligent.

3. That the Defendant WMATA denies all acts and allegations of negligence and disputes the Plaintiff's claims for damages.

4. That the Defendant WMATA contends that the direct and proximate and sole cause of the afore-mentioned collision between the WMATA transit vehicle and the vehicle operated by Harley was the negligent action and/or failure to act on the part of Harley, with no negligence on the part of the operator of the WMATA transit vehicle.

5. That the Defendant WMATA denies that the Plaintiff is entitled to any recovery from WMATA at all. However, in the event that the Plaintiff secures a judgment against WMATA, WMATA is entitled to an award of indemnification and/or contribution for the negligence of the Third-Party Defendant, Harley.

**WHEREFORE**, Defendant/Third-Party Plaintiff, WMATA, seeks judgment by way of full contribution and/or indemnification against Third-Party Defendant, Deandre Carvel Harley for 1) all sums for which Defendant WMATA might be adjudged liable to the Plaintiff; 2) for its costs and expenses in defending Plaintiff's action; and 3) for any such further relief as the Court may deem just and necessary.

## JURY DEMAND

WMATA demands a trial by jury on its Third-Party Complaint on all issues triable by a jury.

DATE: April 24, 2025

Respectfully submitted,

/s/ *James H. Fields*
James H. Fields, Esq. (#440051)
Washington Metropolitan Area Transit Authority
Office of General Counsel
300 7th Street SW
Washington, D.C. 20024
(202) 962-2886 (telephone)
(202) 962-2550 (fax)
jhfields@wmata.com
*Counsel for Defendant Washington Metropolitan Area Transit Authority*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 24, 2025, a copy of the foregoing was forwarded to the following people via ECF:

Conrad N. Bayelle, Sr., Esquire
Law Office of Conrad N. Bayelle & Associates, LLC
8630 Fenton Street, Suite 925
Silver Spring, Maryland 20910
*Counsel for Plaintiff*

*/s/ James H. Fields*
James H. Fields, Esquire (#440051)