IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SKYYDO MBAZANG,                          :
                                         :
        Plaintiff,                       :
v.                                       : Civil Action No.: 1:25-cv-00303-CJN
WASHINGTON METROPOLITAN AREA :
TRANSIT AUTHORITY                        :
                                         :
        Defendant/ Third-Party Plaintiff :
                                         :
        And                              :

DEANDRE CARVEL HARVEY           :

PLAINTIFF'S INITIAL DISCLOSURES
PURSUANT TO FED.R.CIV. P. 26(a)(1)

Pursuant to Fed. R. Civ. P. 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, **SKYYDO MBAZANG** hereby submits their Initial Disclosures. Plaintiff Mbazang reserves the right to revise, correct, supplement or clarify the disclosures at any time, consistent with Rule 26 (e) of the Federal Rules of Civil Procedure.

I.    **Individuals Likely toHave Discoverable Information**

The following individuals are likely to have discoverable information that the Plaintiff may use to support its claim and defenses in this action:

   a.  Plaintiff Mbazang
   b.  Deandre Carvel Harvey (Third -Party Defendant)
   c.  Officer Phillip Henderson (Metropolitan Police Department)
   d.  Patrick O. Fasusi, M.D.
   e.  Eunice H. Stewart, D.C.
   f.  Olakitan Tomi Akinjagnula, M.D.

II.   **Documents Relevant to Plaintiff's Claim or Defenses**

Plaintiff Mbazang submits the following description of documents, electronically stored information or tangible things in its personal possession, custody or control that it may use to support its claims or defenses, by category:

a. D.C. Crash Report

b. Medical Record from Maryland Physicians Associates

c. Photos

**III.    Computation of Damages**

At this time, Plaintiff Mbazang is seeking judgement against Defendant Washington Metropolitan Area Transit Authority in the amount of Twenty-Five Thousand Dollars ($25,000.00).

Respectfully Submitted,

_____
Conrad N. Bayelle, Sr [981585]
8630 Fenton Street, Suite 925
Silver Spring, MD 20910
E: info@conbaylaw.com
Counsel for Plaintiff Mbazang

Dated: May 5, 2025

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th of May 2025, a copy of the foregoing was filed and served via electronic mail, to:

John H. Fields
WMATA
300 Seventh Street, SW
Washington, DC 20024
E: jhfields@wmata.com

_____
Conrad N. Bayelle Sr.